Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com

Attorneys for Plaintiff,
PAMELA BANSE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BANSE, an individual;<br><br>             Plaintiff,<br><br>       v.<br><br>STATEBRIDGE COMPANY, LLC., a limited liability company, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.: 2:25-cv-00952-CSK<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   June 24, 2025<br>Time:  10:00 am<br>Crtm:  25 |

Plaintiff Pamela Banse ("Plaintiff") and Defendants Statebridge Company, LLC, Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust I ("Defendants") hereby stipulate as follows:

1. On March 14, 2025, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of California, County of Sacramento;

2. On March 27, 2024, Defendants removed this matter to the United States District Court for the Eastern District of California (Dckt. # 1);

3. On May 16, 2025, Plaintiff filed a Motion for Preliminary Injunction related to the foreclosure sale of the property located at 8146 Andante Dr., Citrus Heights, CA 95621 (Dckt # 13);

4. On May 30, 2024, Defendants opposed Plaintiff's Motion for Preliminary Injunction (Dckt # 16);

5. Based on the Local Rules and briefing schedule regarding Plaintiff's Motion for Preliminary Injunction, Plaintiff's Reply in Support of Motion for Preliminary Injunction is due to be filed June 9, 2025.

6. By and through this stipulation, the Parties agree to extend the deadline for Plaintiff to file a Reply in Support of Motion for Preliminary Injunction by two days, as Plaintiff's counsel are currently unavailable due to attending as a speaker at the National Consumer Law Center Annual Conference.

**IT IS SO STIPULATED.**

[SIGNATURES ON FOLLOWING PAGE]

Dated: June 10, 2025							**SHAPERO LAW FIRM**

									By: */s/ Sarah Shapero, Esq.*
									Sarah Shapero, Esq.
									Jessica Galletta, Esq.
									Attorneys for Plaintiff Pamela Banse

Dated: June 10, 2025							**KLINEDINST PC**

									By: */s/ Joan C. Spaeder-Younkin*
									Attorneys for Defendants
									Statebridge Company, LLC;
									Wilmington Savings Fund Society, FSB d/b/a
									Christiana Trust as Trustee for PNPMS Trust I

**~~PROPOSED~~ ORDER**

Having reviewed the Parties stipulation and finding good cause to enter an Order thereon, the deadline for Plaintiff to file her Reply in Support of Motion for Preliminary Injunction is extended to June 11, 2025.

**SO ORDERED.**

Dated: 06/10/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bans0952.25