WRIGHT, FINLAY & ZAK, LLP
Joan C. Spaeder-Younkin, Esq., SBN 192235
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
jspaeder@wrightlegal.net

Attorneys for Defendants, STATEBRIDGE COMPANY, LLC and WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST AS TRUSTEE FOR PNPMS TRUST I

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BANSE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATEBRIDGE COMPANY, LLC., a limited liability company, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:25−CV−00952−CSK<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; AND [PROPOSED] ORDER**<br><br>**Hearing**<br>Date:  August 20, 2025<br>Time:  10:00 a.m.<br>Ctrm.:  25, 8th Floor<br><br>Complaint Filed: March 14, 2025<br>Removed from Sacramento Sup. Ct Case No. 25CV005998: March 26, 2025 |

Plaintiff PAMELA BANSE ("Plaintiff") and Defendants STATEBRIDGE COMPANY, LLC ("Statebridge") and WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST AS TRUSTEE FOR PNPMS TRUST I ("Wilmington") (collectively, "Defendants") hereby stipulate as follows:

1. On March 14, 2025, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of California, County of Sacramento;

2. On March 27, 2024, Defendants removed this matter to the United States District Court for the Eastern District of California (Dckt. # 1);

3. On June 11, 2025, Plaintiff filed a First Amended Complaint (Dckt # 22);

4. On July 2, 2025, Defendants filed a Motion to Dismiss First Amended Complaint (Dckt # 30), and the hearing date is currently set for August 20, 2025;

5. On July 16, 2025, Plaintiff opposed Defendants' Motion to Dismiss First Amended Complaint (Dckt # 21);

6. Based on the Local Rules and briefing schedule regarding Defendants' Motion to Dismiss First Amended Complaint, Defendants' Reply in Support of Motion to Dismiss First Amended Complaint is due to be filed July 28, 2025.

7. Defendants' counsel recently had a medical emergency and as a result respectfully requests additional time to complete the Reply to the Opposition.

**8.** By and through this stipulation, the Parties agree to extend the deadline for Defendants to file a Reply in Support of Motion to Dismiss First Amended Complaint to August 7, 2025.

**IT IS SO STIPULATED.**

Dated: July 28, 2025          **SHAPERO LAW FIRM**

By: /s/ Jessica Galletta
Sarah Shapero, Esq.
Jessica Galletta, Esq.
Attorneys for Plaintiff Pamela Banse

Dated: July 28, 2025          **WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Joan C. Spaeder-Younkin
Attorneys for Defendants
Statebridge Company, LLC;
Wilmington Savings Fund Society, FSB d/b/a
Christiana Trust as Trustee for PNPMS Trust I

**~~PROPOSED~~ ORDER**

Having reviewed the Parties' stipulation and finding good cause to enter an Order thereon, the deadline for Defendants to file their Reply in Support of Motion to Dismiss First Amended Complaint is extended to August 7, 2025.

**SO ORDERED.**

**Dated:  07/28/25**

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bans0952.25