WRIGHT, FINLAY & ZAK, LLP
Joan C. Spaeder-Younkin, Esq., SBN 192235
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
jspaeder@wrightlegal.net

Attorneys for Defendants, STATEBRIDGE COMPANY, LLC and WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST AS TRUSTEE FOR PNPMS TRUST I

Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com

Attorneys for Plaintiff,
PAMELA BANSE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BANSE, an individual;<br><br>            Plaintiff,<br><br>     v.<br><br>STATEBRIDGE COMPANY, LLC., a limited liability company, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:25-cv-00952-CSK<br><br>**JOINT STATEMENT AND STIPULATION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Filed concurrently with submission of Proposed Order]*<br><br>Date:   August 20, 2025<br>Time:  10:00 am<br>Crtm:  25 |

Plaintiff Pamela Banse ("Plaintiff") and Defendants Statebridge Company, LLC ("Statebridge"), and Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust I ("Wilmington") (collectively, "Defendants") hereby stipulate as follows:

1. On March 14, 2025, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of California, County of Sacramento;

2. On March 27, 2024, Defendants removed this matter to the United States District Court for the Eastern District of California (Dckt. # 1);

3. On May 16, 2025, Plaintiff filed a Motion for Preliminary Injunction related to the foreclosure sale of the property located at 8146 Andante Dr., Citrus Heights, CA 95621 ("Property") (Dckt # 13);

4. On August 20, 2025, the Court heard oral argument on Plaintiff's Motion for Preliminary Injunction and reserved ruling on it to allow the parties time to discuss resolution of the motion.

5. The Court ordered the parties to file a joint statement informing the Court of the status of the Preliminary Injunction Motion and indicated that it would take the motion under submission if the parties were unable to resolve the motion or, alternatively, will consider the motion moot if the parties reach an agreement.

6. The parties have resolved the Motion by way of this stipulation and respectfully request that the Court enter an Order pursuant to the terms of this stipulation.

7. By and through this stipulation, Defendants agree not to proceed with foreclosure on the Property until further order of the Court or the parties otherwise agree, pursuant to the following terms:

  a. Plaintiff shall tender the nonrefundable amount of Five Hundred and Two Dollars ($502.00) in good funds to Statebridge in consecutive monthly installments on the twenty-fifth (25th) day of the month in which it is due, beginning September 25, 2025, and continuing for the duration of the action until a final disposition is entered by the Court, or until otherwise agreed by the parties. Payments shall be held in a suspense account for the duration of the action, and shall be applied to the loan upon a final disposition of the action, further order of the Court or otherwise agreed by the parties;

  b. The parties agree that this Stipulation is not an admission of liability by any party;

     c.     The acceptance of any partial or full payments shall not constitute a cure of the default identified in the subject Notice of Default recorded December 9, 2024 in the official records of Sacramento County, nor shall it affect the validity, timing, or enforceability of said Notice of Default or any subsequent Notice of Sale, nor is it a waiver of any of Defendants' rights or remedies, including but not limited to the right to later continue with foreclosure proceedings;

     d.     Defendants expressly reserve all rights and remedies available under the subject loan documents and applicable law. Nothing in this agreement shall be construed as a waiver or modification of any term of the Note or Deed of Trust, and this Stipulation does not preclude Defendants from later seeking an Order to modify or dissolve the Order hereon upon a proper showing of good cause.

**IT IS SO STIPULATED.**

Dated:  September 13, 2025     **SHAPERO LAW FIRM**

By: /s/ *Jessica Galletta, Esq.*
Sarah Shapero, Esq.
Jessica Galletta, Esq.
Attorneys for Plaintiff Pamela Banse

Dated:  September 13, 2025     **WRIGHT, FINLAY & ZAK, LLP**

By: /s/ *Joan C. Spaeder-Younkin*
Attorneys for Defendants
Statebridge Company, LLC;
Wilmington Savings Fund Society, FSB d/b/a
Christiana Trust as Trustee for PNPMS Trust I

**~~PROPOSED~~ MODIFIED ORDER**

Having reviewed the Parties' stipulation and finding good cause to enter an Order thereon, the Court hereby orders that:

1. Defendants shall not proceed with foreclosure on the subject real Property until further order of the Court or the parties otherwise agree.

2. Plaintiff shall tender the nonrefundable amount of Five Hundred and Two Dollars ($502.00) in good funds to Statebridge in consecutive monthly installments on the twenty-fifth (25th) day of the month in which it is due, beginning September 25, 2025, and continuing for the duration of the action until a final disposition is entered by the Court, or until otherwise agreed by the parties. Payments shall be held in a suspense account for the duration of the action, and shall be applied to the loan upon a final disposition of the action, further order of the Court or otherwise agreed by the parties;

3. The parties agree that this Stipulation is not an admission of liability by any party;

4. The acceptance of any partial or full payments shall not constitute a cure of the default identified in the subject Notice of Default recorded December 9, 2024 in the official records of Sacramento County, nor shall it affect the validity, timing, or enforceability of said Notice of Default or any subsequent Notice of Sale, nor is it a waiver of any of Defendants' rights or remedies, including but not limited to the right to later continue with foreclosure proceedings;

5. All rights and remedies available under the subject loan documents and applicable law are preserved for Defendants and nothing in this Order shall be construed as a waiver or modification of any term of the Note or Deed of Trust. Defendants may later seek a new order to modify or dissolve this Order upon a proper showing of good cause.

6. This RESOLVES Plaintiff's Motion for Preliminary Injunction (ECF No. 13).

**SO ORDERED.**

Dated: September 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bans0952.25