UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BANSE, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>STATEBRIDGE COMPANY, LLC., a limited liability company, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I,<br><br>  Defendants. | Case No. 2:25-cv-00952-CSK<br><br>[PROPOSED] **MODIFIED ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Assigned to: Hon. Chi Soo Kim<br><br>Complaint Filed: March 14, 2025<br>Removed from Sacramento Sup. Ct Case No. 25CV005998: March 26, 2025 |

On October 4, 2025, the parties Plaintiff PAMELA BANSE ("Plaintiff") and Defendants STATEBRIDGE COMPANY, LLC and WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST AS TRUSTEE FOR PNPMS TRUST I ("Defendants"), filed a Joint Stipulation and Request to Modify Scheduling Order.

The Court, having considered the parties' Joint Stipulation and Request to Modify Scheduling Order and finding good cause therefor, hereby GRANTS the request to modify the scheduling order (ECF No. 25) and ORDERS the following as modified:

Fact Discovery Cut-Off: from November 28, 2025 to **March 6, 2026**

Expert Disclosure (Initial): from December 19, 2025 to **March 27, 2026**

Expert Disclosure (Rebuttal): from January 16, 2026 to **April 24, 2026**

Expert Discovery Cut-Off: from February 13, 2026 to **May 22, 2026**

Last Date to Hear Dispositive Motions: from May 5, 2025 to **August 4, 2026**

Last Date to File Dispositive Motions: from March 31, 2026 to **June 30, 2026**

Deadline to Complete Settlement Conference: from March 6, 2026 to **June 12, 2026**

Final Pretrial Conference and Motions in Limine Hearing: from August 10, 2026 to **December 3, 2026 at 3:30 p.m.**

Jury Trial (5 days): September 8, 2026 to **February 8, 2027 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: October 7, 2025

_____
CHI SOO KIM
United States Magistrate Judge

4, banse0952.25